United States Bankruptcy Court
District of Maryland

In re:                                                                                    Case No. 26-14572-LSS

Gary Charles Young, Jr.                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                          User: admin                                    Page 1 of 1

Date Rcvd: May 04, 2026                   Form ID: ntcddl                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Gary Charles Young, Jr., 417 Oak St, Friendsville, MD 21531-3157

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026                        Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

**Name                          Email Address**

Daniel M. Press

                                      dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email

TOTAL: 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **26–14572 – LSS**    Chapter: **13**

**Gary Charles Young Jr.**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

DOCUMENT:                          **Voluntary Petition**

PROBLEM:                           **The following pleadings are missing.**

CURE:                              **All of these pleadings must be filed by the date shown below.**

                               **Schedules A/B–J due 05/13/2026**
                               **Ch 13 Plan & Cert of Service due 05/13/2026**
                               **Declaration for Schedules due 05/13/2026**
                               **Ch 13 Income Form 122C–1 due 05/13/2026**
                               **Stmt. of Fin. Affairs due 05/13/2026**
                               **Summary of Assets and Liab. due 05/13/2026**

CONSEQUENCE:                       **If the problem is not cured by the date below,**
                               **YOUR CASE WILL BE DISMISSED WITHOUT A**
                               **HEARING.**

This notice is issued pursuant to:  **11 U.S.C. § 521**
                               **Federal Rule of Bankruptcy Procedure 1007**
                               **Federal Rule of Bankruptcy Procedure 3015(b)**

**All deficiencies must be cured by <u>5/13/26</u>.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

Dated: 5/3/26

                               Mark A. Neal, Clerk of Court
                               by Deputy Clerk, C Paige
                               410–962–4434

cc:   Debtor
      Attorney for Debtor – Daniel M. Press

Form ntcddl (03/05)