United States Bankruptcy Court
District of Maryland

In re:                                                                              Case No. 26-14572-LSS

Gary Charles Young, Jr.                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

**Recip ID**              **Recipient Name and Address**
db                        + Gary Charles Young, Jr., 417 Oak St, Friendsville, MD 21531-3157

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Daniel M. Press
    dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email

Timothy P. Branigan
    cmecf@chapter13maryland.com

TOTAL: 2

Entered: May 5th, 2026
Signed: May 4th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **26–14572 – LSS**   Chapter: **13**

**Gary Charles Young Jr.**
Debtor

## ORDER ON APPLICATION TO PAY IN INSTALLMENTS
## AND DIRECTING DEBTOR TO PAY FILING FEE

IT IS ORDERED that the debtor shall pay the filing fee in installments according to the following schedule. Payments can be made earlier than the schedule, however, the full amount of the filing fee must be paid by no later than July 28, 2026 or the case may be dismissed without further notice. If the initial installment was not made at the time of filing the petition, the debtor has fourteen (14) days from the entry of this order to make that first payment.

|  | **Paid at Filng** | **Paid on 5/1/26** |
|---|---|---|
| **Amount of Installment Chapter 13** | $79.00 | $234.00 |

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not make further payments to an attorney or any other person for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

**NOTE:** Pursuant to Local Bankruptcy Rule 1006–1(a), the Clerk will accept payment from the debtor electronically or in the form of cash, cashier's check, certified check, negotiable money order, or a check drawn on the account of the debtor's attorney of record. Checks or money orders should be sent to the Clerk's Office in Baltimore and made payable to Clerk, U.S. Bankruptcy Court. Cash payments may be made in person only at the Clerk's Office in Baltimore during regular business hours.

You can pay your filing fees with debit card online by scanning the QR code below or by visiting https://www.mdb.uscourts.gov/forms/filing–fees.

cc:   Debtor
      Attorney for Debtor – Daniel M. Press
      Case Trustee – Timothy P. Branigan

**End of Order**

23x10 (rev. 09/01/2025) – CP