**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

```
-----------------------------------------------------------------X
```
**In re:**                                                    :        **Chapter 13**
                                                              :
Gary Charles Young, Jr.                                       :        **Case No.**  26-14572
                                                              :
           **Debtor.**                                        :
                                                              :
```
-----------------------------------------------------------------X
```

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND PLAN

PLEASE TAKE NOTICE that the Debtor is moving to extend his time to file his Schedules, Statements and Plan.  Any interested party objecting to the Motion must file a written objection with the Clerk of the United States Bankruptcy Court for the District of Maryland within fourteen (14) days from the date of this notice, setting forth in detail the basis of said objection with a copy being sent to the undersigned. If an objection is filed, the Court may schedule a hearing on the objection. The Court may also rule upon the motion without a hearing based upon the pleadings filed. If no objections are filed, the Court may grant the requested relief without further notification. Anyone desiring any further information may communicate with the undersigned.

NOW COMES Gary Charles Young, Jr., debtor (the "Debtor"), through counsel, and respectfully moves for an extension of time until May 27, 2026, to file his Schedules, Statements and Plan.  In support hereof, Debtor states as follows:

1. This Chapter 13 case was filed on April 29, 2026, in order to stop a foreclosure sale. Debtor's Schedules and Plan are due on May 13. 2026.

2. Debtor and counsel have been working on gathering the required information and preparing the schedules and plan, but require additional time to complete them.  As such, it has not been possible to complete the schedules in the 14 days allowed since filing.

3. The § 341 meeting is scheduled for June 11, 2026, so a two-week extension to May 27 would provide the information to the Trustee and interested creditors more than two weeks in

--                                          1

advance of the meeting, which should be a sufficient time to prepare.

4. Debtor's first plan payment would be due (without extension) on May 29, 30 days after filing, so the requested extension will not delay the commencement of payments under the plan.

WHEREFORE, Debtor respectfully requests an extension of time until May 27, 2026, to file his Schedules, Statements and Chapter 13 Plan.

Dated:    May 13, 2026.

Respectfully submitted,

_/s/ Daniel M. Press_____
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
dpress@chung-press.com

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of May, 2026, I caused the foregoing Motion to be served on all creditors and parties in interest, as set forth on the attached matrix, by first class mail, postage prepaid, and upon the following by CM/ECF:

Timothy P. Branigan cmecf@chapter13maryland.com

_/s/ Daniel M. Press_____
Daniel M. Press

--

Label Matrix for local noticing
0416-0
Case 26-14572
District of Maryland
Greenbelt
Wed May 13 12:34:05 EDT 2026

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

BWW Law Group
6301 Executive Blvd Ste 101
Rockville, MD 20852-3905

Bank of Missouri
PO Box 4477
Beaverton, OR 97076-4401

Capital One
1680 Capital One Dr
McLean, VA 22102-3407

Celtic Bank
268 S State St Ste 300
Salt Lake City, UT 84111-5314

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Credence Resource Mgt
4222 Trinity Mills Road Suite 260
Dallas, TX 75287-7666

Credit Acceptance
PO Box 513
Southfield, MI 48037-0513

Credit Collections
725 Canton St
Norwood, MA 02062-2679

Credit One
PO Box 60500
City Of Industry, CA 91716-0500

Deutsche Bank Natl Trust Co, Trustee
ATTN: Bankruptcy Department
PO Box 2460
West Palm Beach, FL 33416

First Digital
PO Box 85650
Sioux Falls, SD 57118-5650

First Premier Bank
601 S. Minnesota ave
Cedar Hill, TX 75104

Fortiva
P.O. Box 105555
Atlanta, GA 30348-5555

Garrett County Child Support
Ref Kelly L. Macie
12578 Garrett Highway
Oakland, MD 21550-1159

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding
PO Box  10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Merrick Bank
7700 East Arapahoe Road, Suite 220
Centennial, CO 80112-1268

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

NH Div of Child Support
129 Pleasant Street, #4
Concord, NH 03301-3857

Perrys Solid Waste and Disposal
151 Oakland Dr
Oakland, MD 21550-3233

Potomac Edison
10802 Bower Ave,
Williamsport, MD 21795-3016

RESURGENT/PYOD
PO BOX 19008
Greenville, SC 29602-9008

Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

(p)SPARROW FINANCIAL
9450 SW GEMINI DR
#87446
BEAVERTON OR 97008-7105

Synovus Bank
2700  S Lorraine Place
Sioux Falls, SD 57106-3657

Waypoint
P.O. Box 8588
Round Rock, TX 78683-8588

Daniel M. Press
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101-4531

Gary Charles Young Jr.
417 Oak St
Friendsville, MD 21531-3157

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046-3002

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C CEDAR LANE SUITE 442
Teaneck, NJ 07666

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

Sparrow
9450 SW Gemini Dr. #87446
Beaverton, OR 97008

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31