**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:                                              Case No.: 26-14572
Gary Charles Young, Jr.,
                                                    Chapter 13

_____Debtor._____ /          Judge: Lori S. Simpson

**REQUEST FOR NOTICE**

**COMES NOW,** Christopher Giacintp of Padgett Law Group, and files this Request for

Notice on behalf of Deutsche Bank National Trust Company, as Trustee for New Century Home

Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates, and requests that they

be noticed on all pleadings, documents and hearings; that they receive copies of all documents;

and be added to the matrix to be served at the address below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED**: 05-15-2026

Respectfully submitted,

/s/ Christopher Giacinto
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION**

IN RE:                                                    Case No.: 26-14572
Gary Charles Young, Jr.,
                                                          Chapter 13

_____Debtor._____/                Judge: Lori S. Simpson

**CERTIFICATE OF SERVICE**

I, hereby certify that on 05-15-2026, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**
*Debtor*
**Gary Charles Young, Jr.
417 Oak St
Friendsville, MD 21531**

**By Electronic Mail**

*Attorney for Debtor*
**Daniel M. Press**

*Trustee*
**Timothy P. Branigan**

/s/ Christopher Giacinto
Christopher Giacinto