United States Bankruptcy Court
District of Maryland

In re:                                                                                    Case No. 26-14572-LSS

Gary Charles Young, Jr.                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: pdfall | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gary Charles Young, Jr., 417 Oak St, Friendsville, MD 21531-3157 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 2

Entered: May 18th, 2026
Signed: May 15th, 2026

**SO ORDERED**

May 27, 2026.



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **26–14572 – LSS**    Chapter: **13**

**Gary Charles Young Jr.**
Debtor

## NOTICE AND ORDER EXTENDING TIME TO FILE
## STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES,
## AND/OR CHAPTER 13 PLAN,
## STATEMENT OF CURRENT MONTHLY INCOME AND
## CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME
### (for individual debtor)

The Debtor's motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor shall file **the Statement of Financial Affairs, Summary of Assets and Liabilities, Schedules A–J and Declaration of Schedules, and Chapter 13 Plan, Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income** is extended to the date designated above; and it is further

ORDERED, that when filing the above documents, the Debtor shall (1) certify service on all creditors of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of the above documents; and

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:    Debtor
      Attorney for Debtor – Daniel M. Press
      Case Trustee – Timothy P. Branigan

**End of Order**

22x03 (rev. 03/28/2016) – CP