**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

In re                                                      )
                                                           )
Gary Charles Young, Jr.                                    )
                                                           )        No. 26-14572
               Debtor.                                     )        Chapter 13
_____)

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

PLEASE TAKE NOTICE that the Debtor's MAILING address is now:

P.O. Box 205
Friendsville MD 21531

Debtor's physical address remains the same.

        Dated: May 26, 2026


                                          Respectfully submitted,

                                           _/s/ Daniel M. Press_____
                                          Daniel M. Press, #07300
                                          Chung & Press, P.C.
                                          6718 Whittier Ave., Suite 200
                                          McLean, VA 22101
                                          (703) 734-3800
                                          dpress@chung-press.com

--                                        1

**CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of May, 2026, I caused the foregoing notice to be served by CM/ECF on:

Timothy P. Branigan cmecf@chapter13maryland.com

=

_/s/ Daniel M. Press_____

--                                                          2