**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re                                              )
                                                   )
Gary Charles Young Jr.                             )
                                                   )        No. 26-14572
          Debtor.                                  )        Chapter 13
                                                   )
_____           )

**CERTIFICATE OF SERVICE**

This is to certify that on the 27th day of May 2026, I caused the Schedules, Statement of Financial Affairs and Statement of CMI to be served by CM/ECF upon the Chapter 13 Trustee and all creditors requesting such notice as follows:

cmecf@chapter13maryland.com

Dated:    May 27, 2026.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, #07300
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
 dpress@chung-press.com