**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

**In re:**

**Gary Charles Young, Je.**          Case Number:   __26-14572__
                                      **Chapter 13**

          **Debtor.**

### CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1.A. is selected.*

1.      (Select A, B, or C):

         _____   A.   PLAN FILED WITH PETITION.  This is an original plan, filed concurrently with the petition, which will be mailed by the Clerk of the Court to all creditors on the matrix.   *[THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION.]*

         _____   B.   AMENDED PLANS ONLY INCREASING PAYMENTS:  The amended Chapter 13 plan [filed herewith OR filed on _____, 20___ **]** , makes no changes from the last previously-filed plan other than to increase the amount payable under the plan.   In such event, no service is required. *[THIS OPTION MAY ONLY BE USED WHEN AN AMENDED PLAN IS FILED AND IT INCREASES THE AMOUNT PAYABLE UNDER THE PLAN BUT MAKES NO OTHER CHANGES.]*

         __X__   C.   ALL OTHER PLANS:   This is to certify that on __5/27/2026__,  I caused

                  (i)   the Chapter 13 plan [filed herewith OR filed on _____ _____, 20___ **]** ; and

                  (ii)  if applicable, the Order Denying Confirmation with Leave to Amend dated _____n/a_____, 20___ [if (ii) is not applicable, place "N/A" in the blank];

                  to be mailed by first class mail, postage prepaid, to all parties in interest on the attached matrix or list.  (If any parties on the matrix were served by CM/ECF rather than mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing.)

2.      *Check and complete this Section and Section 3 if liens are proposed to be valued or avoided through the plan.*

LBF-M1 v.2024                                                          Page | 1

_____ I caused the Chapter 13 plan [filed herewith OR filed on _____, 20 _____] to be served pursuant to Federal Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the plan (and not by separate motion) under plan paragraph 5.1 or 5.3.  State address served and method of service.    See Bankruptcy Rule 7004(h) if the party served is an insured depository institution.    Attach separate sheets or repeat this paragraph for each such creditor served.

Name of Creditor: _____
Person Served:

Title/Position:
Address: _____
_____
City, State Zip: _____
Method of Service: _____
Date Served: _____

Select A or B for the above-named creditor:

_____ A.     A proof of claim has been filed with respect to the lien or claim at issue prior to service of the plan.  I also mailed a copy of the plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the proof of claim.

_____ B.     No proof of claim has been filed for the lien or claim at issue.

3.     _____ Along with each copy of the plan served under Section 2, I included copies of documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 with respect to that creditor (for example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the plan. ***This supplemental material need not be served with the plan on all creditors, but it must be served on the affected secured creditors.***

_____ This is an amended plan and the documentation supporting the debtor's entitlement to the relief sought in plan paragraph 5.1 or 5.3 has been previously served and filed as ECF docket entry _____.

I hereby certify that the foregoing is true and correct.
Dated: _____ 5/27/26 _____          /s/ Daniel M. Press _____
                                      Debtor, Debtor's Attorney, or
                                      Other Person Effecting Service

Label Matrix for local noticing
0416-0
Case 26-14572
District of Maryland
Greenbelt
Wed May 27 16:33:05 EDT 2026

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

BWW Law Group
6301 Executive Blvd Ste 101
Rockville, MD 20852-3905

Bank of Missouri
PO Box 4477
Beaverton, OR 97076-4401

Capital One
1680 Capital One Dr
McLean, VA 22102-3407

Celtic Bank
268 S State St Ste 300
Salt Lake City, UT 84111-5314

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Credence Resource Mgt
4222 Trinity Mills Road Suite 260
Dallas, TX 75287-7666

Credit Acceptance
PO Box 513
Southfield, MI 48037-0513

Credit Collections
725 Canton St
Norwood, MA 02062-2679

Credit One
PO Box 60500
City Of Industry, CA 91716-0500

Deutsche Bank Natl Trust Co, Trustee
ATTN: Bankruptcy Department
PO Box 2460
West Palm Beach, FL 33416

First Digital
PO Box 85650
Sioux Falls, SD 57118-5650

First Premier Bank
601 S. Minnesota ave
Cedar Hill, TX 75104

Fortiva
P.O. Box 105555
Atlanta, GA 30348-5555

Garrett County Child Support
Ref Kelly L. Macie
12578 Garrett Highway
Oakland, MD 21550-1159

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding
PO Box  10587
Greenville, SC 29603-0587

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Merrick Bank
7700 East Arapahoe Road, Suite 220
Centennial, CO 80112-1268

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

NH Div of Child Support
129 Pleasant Street, #4
Concord, NH 03301-3857

Perrys Solid Waste and Disposal
151 Oakland Dr
Oakland, MD 21550-3233

Potomac Edison
10802 Bower Ave,
Williamsport, MD 21795-3016

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA  98083-0788

RESURGENT/PYOD
PO BOX 19008
Greenville, SC 29602-9008

Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

(p)SPARROW FINANCIAL
9450 SW GEMINI DR
#87446
BEAVERTON OR 97008-7105

Synovus Bank
2700  S Lorraine Place
Sioux Falls, SD 57106-3657

T-MOBILE USA INC
Jefferson Capital Systems, LLC Assignee
PO BOX 7999
SAINT CLOUD, MN 56302-7999

Waypoint
P.O. Box 8588
Round Rock, TX 78683-8588

Daniel M. Press
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101-4531

Gary Charles Young Jr.
417 Oak St
Friendsville, MD 21531-3157

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046-3002
      by CM/ECF cmecf@chapter13maryland.com

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC
492C CEDAR LANE SUITE 442
Teaneck, NJ 07666

Comptroller of Maryland
7 St Paul St
Baltimore, MD 21202

Sparrow
9450 SW Gemini Dr. #87446
Beaverton, OR 97008

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company, as T

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34