Entered: June 11th, 2026
Signed: June 10th, 2026

**SO ORDERED**

No opposition.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

```
------------------------------------------------------------X
In re:                                    :     Chapter 7
                                          :
Gary Charles Young, Jr.                   :     Case No.  26-14572
              Debtor.                     :
                                          :
------------------------------------------------------------X
```

### ORDER SUSTAINING
### OBJECTION TO PROOF OF CLAIM #2 (LVNV Funding, LLC)

Upon consideration of the objection of the Debtor to Proof of Claim #2 filed in this case

by LVNV Funding, LLC, and any response thereto, and it appearing that the claim is time barred

and not owed, it is hereby

ORDERED that proof of claim #3 is DISALLOWED.

Copies to:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order