United States Bankruptcy Court

District of Maryland

In re:                                                                                    Case No. 26-14572-LSS

Gary Charles Young, Jr.                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

**Recip ID**     **Recipient Name and Address**
db      + Gary Charles Young, Jr., P.O. Box 205, Friendsville, MD 21531-0205

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 11 2026 19:42:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | |
| | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Timothy P. Branigan | |
| | cmecf@chapter13maryland.com |

TOTAL: 2

Entered: June 11th, 2026
Signed: June 10th, 2026

**SO ORDERED**

No opposition.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

```
------------------------------------------------------------X
In re:                                      :        Chapter 7
                                            :
Gary Charles Young, Jr.                     :        Case No.  26-14572
             Debtor.                        :
                                            :
------------------------------------------------------------X
```

### ORDER SUSTAINING
### OBJECTION TO PROOF OF CLAIM #2 (LVNV Funding, LLC)

Upon consideration of the objection of the Debtor to Proof of Claim #2 filed in this case

by LVNV Funding, LLC, and any response thereto, and it appearing that the claim is time barred

and not owed, it is hereby

ORDERED that proof of claim #3 is DISALLOWED.

Copies to:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order