**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

In re:                                                  :
                                                        :
GARY C. YOUNG, JR.,                                     :    Case No. 26-1-4572-LSS
                                                        :    Chapter 13
                            Debtor.                     :
                                                        :

**TRUSTEE'S OBJECTION TO DEBTOR'S
CHAPTER 13 PLAN DATED MAY 27, 2026**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1325 of the Bankruptcy Code and Bankruptcy Rule 3015(f) objects to confirmation of the Debtor's Chapter 13 plan dated May 27, 2026 (the "Plan").  In support of his opposition, the Trustee respectfully represents the following:

1.      The Debtor commenced this case under Chapter 13 on May 29, 2026.  The Plan proposes to pay $500.00 monthly for 60 months for a gross funding of $30,000.00.

2.      The Debtor has failed to provide the Domestic Support Obligation Affidavit and his bank statements as of the petition date as requested by the Trustee.  At this time, the Debtor has failed to fully cooperate with the Trustee as required under section 521(a)(3) of the Bankruptcy Code.

3.      It appears that the Plan must provide a 100% payment to unsecured creditors. The Plan proposes funding sufficient to provide a distribution of approximately 35% to unsecured creditors.  The Plan does not satisfy the requirements of section 1325(a)(4) of the Bankruptcy Code.

4.      The Debtor has non-exempt equity of at least $30,235.00 in real property.  The Plan does not satisfy the requirements of section 1325(a)(4) of the Bankruptcy Code.

- 2 -

5.     The Debtor has not adequately proved ownership and the market value of scheduled real property.  The Plan does not satisfy the requirements of section 1325(a)(4) of the Bankruptcy Code.

6.     The Debtor's Schedule J reflects insufficient net monthly income to support the proposed Plan payments.  The Debtor has not demonstrated that the Plan is feasible.  The Plan does not satisfy the requirements of section 1325(a)(6) of the Bankruptcy Code.

7.     Accordingly, the Plan should not be confirmed.

**PLEASE TAKE NOTICE** THAT *THIS OBJECTION MUST BE RESOLVED <u>AT LEAST 2 BUSINESS DAYS PRIOR TO THE CONFIRMATION HEARING</u>*.  AFTER THAT TIME, THE TRUSTEE MAY DECLINE TO ACCEPT MATERIALS THAT HE HAS REQUESTED FROM THE DEBTORS.  THE TRUSTEE MAY DECLINE TO DISCUSS THE CASE AT THE CONFIRMATION HEARING.   THE DEBTORS SHOULD EXPECT THAT ANY UNRESOLVED OBJECTION WILL BE HEARD BY THE COURT.

Respectfully submitted,

June 26, 2026

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Daniel M. Press, Esq.

I caused a copy of the pleading above to be sent on June 26, 2026 by first-class U.S. mail, postage prepaid to:

Gary C. Young, Jr.
P.O. Box 205
Friendsville, MD  21531

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)