**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

```
------------------------------------------------------------X
In re:                                          :        Chapter 7
                                                :
Gary Charles Young, Jr.                         :        Case No.  26-14572
                 Debtor.                        :
                                                :
------------------------------------------------------------X
```

**OBJECTION TO PROOF OF CLAIM #11 (Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates)**

**NOTIFY IS HEREBY GIVEN to the above-named creditor that such creditor must file with the Clerk of the Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt MD 20770, a responsive memorandum opposing the objection and a request for a hearing, if desired, unless the claimant wishes to rely solely upon the proof of claim, and mail a copy thereof to the undersigned, within thirty (30) days of the date of service of this objection. A hearing may be held upon the objection, and any response thereto, by the court at the Court's discretion.**

1.      Jurisdiction over this matter is proper pursuant to 28 U.S.C. § 1334(b) as a civil proceeding arising under Title 11 or arising in a case under Title 11.  As a matter concerning the allowance or disallowance of claim, this constitutes a core proceeding. 28 U.S.C. § 157(b)(2)(B).

2.      In Proof of Claim 11, Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates, ("Deutsche") asserts a secured mortgage claim of $100,783.48, with arrears of $24,114.02.   The "arrears" purport to include "Prepetition fees due" of $13,581.76.

3.      The debtor does not owe this debt, and therefore it is unenforceable against the debtor and property of the debtor under 11 U.S.C. § 502(b)(1).

4.      Debtor brought the loan fully current in mid-to-late 2023, during his prior

bankruptcy case.   That included all fees due at that time.   As such, all fees from before any subsequent default have been paid and are not owed.

5.    As Debtor made all payments due through at least December 2024, all fees incurred prior to that time, while the loan was current, should be disallowed.

6.    The fees are not itemized, but Debtor believes that the claimant is attempting to include fees as part of its claim that it incurred in a probate proceeding – fees that were wholly unnecessary, and on a matter on which it lost (seeking to be appointed as personal representative of Debtor's late wife's estate).  Those fees are not properly charged to the mortgage debt.

7.    The subsequent fees, including those related to the attempted foreclosure, are also improper, as the claimant itself induced the alleged default by refusing to accept payments from the Debtor.  Others appear to be improperly charging for a foreclosure mediation at which the claimant's representative failed to appear.

8.    The fees charged were either paid, not properly incurred or chargeable to the mortgage account, or are otherwise inflated and unreasonable.

9.    It also appears that the claimant did not properly credit payments made by the Debtor.

WHEREFORE, the Debtor respectfully objects to Claim #11 under 11 U.S.C. § 502(b)(1) and requests that the fees and charges be disallowed, and the payments properly credited.

Dated: July 9, 2026.

Respectfully submitted,


__/s/Daniel M. Press_____
Daniel M. Press
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor


## CERTIFICATE OF SERVICE

I certify that on the 9th day of July, 2026, the foregoing Objection was served on the Trustee by CM/ECF as follows:

Timothy P. Branigan cmecf@chapter13maryland.com

and upon the claimant by first class mail, postage prepaid, addressed as follows:

NewRez LLC dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826


__/s/Daniel M. Press_____
Daniel M. Press