**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

-------------------------------------------------------------X

In re:                                          :        **Chapter 7**
                                                :
Gary Charles Young, Jr.                         :        **Case No.** 26-14572
        **Debtor.**                             :
                                                :
-------------------------------------------------------------X

**ORDER SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #11**

Upon consideration of the objection of the Debtor to Proof of Claim #11 filed in this case by Deutsche Bank National Trust Company as Trustee, and any response thereto, and it appearing that the fees claimed are not owed, it is hereby

ORDERED that the fees claimed in proof of claim #11 are DISALLOWED.

Copies to:

NewRez LLC dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order