**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| Gary Charles Young, Jr. | : | **Case No.** 26-14572 |
| **Debtor.** | : | |
| | : | |

------------------------------------------------------------X

**ORDER SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #9 (PYOD, LLC)**

Upon consideration of the objection of the Debtor to Proof of Claim #9 filed in this case

by PYOD, LLC, and any response thereto, and it appearing that the claim is time barred and not

owed, it is hereby

ORDERED that proof of claim #9 is DISALLOWED.

Copies to:

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order