**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

---------------------------------------------------------------X
|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 7** |
|  | : |  |
| Gary Charles Young, Jr. | : | **Case No.**  26-14572 |
| **Debtor.** | : |  |
|  | : |  |

---------------------------------------------------------------X

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.


                                         /s/ Daniel M. Press
                                        Daniel M. Press, #07300
                                        Law Offices of Daniel M. Press
                                        201 Washington St.
                                        Cumberland MD 21502
                                        (703) 725-7600
                                        dan@danpress.us

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, the Chapter 13 Trustee, and all parties requesting notice by CM/ECF, as follows:

Timothy P. Branigan cmecf@chapter13maryland.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

 _/s/ Daniel M. Press_____
                Daniel M. Press