United States Bankruptcy Court
District of Maryland

In re: Case No. 26-14572-LSS
Gary Charles Young, Jr. Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 1
Date Rcvd: Aug 20, 2026 Form ID: ntchrgb2 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Gary Charles Young, Jr., P.O. Box 205, Friendsville, MD 21531-0205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re: Case No.: **26–14572 – LSS** Chapter: **13**

**Gary Charles Young Jr.**
Debtor

## NOTICE

In person hearing Courtroom 3–E Greenbelt, Judge Simpson.

PLEASE TAKE NOTICE that a hearing will be held

on 9/21/26 at 11:00 AM

to consider and act upon the following:

31 – Objection to Claim Number 11 In Re:, Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005–C, Asset Backed Pass–Through Certificates in the Amount of $$100,783.48. Notice Served on 7/9/2026 Filed by Gary Charles Young Jr.. Responses due by 8/10/2026. (Attachments: # 1 Proposed Order)(Press, Daniel)

33 – Response on behalf of NewRez LLC as servicer for Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005–C, Asset Backed Pass–Through Certificates Filed by Daniel J. Pesachowitz (related document(s)31 Objection to Claim filed by Debtor Gary Charles Young). (Pesachowitz, Daniel)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/20/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Christopher Adams
410–962–4215