United States Bankruptcy Court
District of Maryland

In re:
Gary Charles Young, Jr.
Debtor

Case No. 26-14572-LSS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-0 | User: admin | Page 1 of 3
Date Rcvd: Aug 20, 2026 | Form ID: pdfall | Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Charles Young, Jr., P.O. Box 205, Friendsville, MD 21531-0205 |
| 33243194 | + | BWW Law Group, 6301 Executive Blvd Ste 101, Rockville, MD 20852-3905 |
| 33243202 | | Deutsche Bank Natl Trust Co, Trustee, ATTN: Bankruptcy Department, PO Box 2460, West Palm Beach, FL 33416 |
| 33243204 | | First Premier Bank, 601 S. Minnesota ave, Cedar Hill, TX 75104 |
| 33243206 | + | Garrett County Child Support, Ref Kelly L. Macie, 12578 Garrett Highway, Oakland, MD 21550-1159 |
| 33243209 | + | Merrick Bank, 7700 East Arapahoe Road, Suite 220, Centennial, CO 80112-1268 |
| 33243211 | + | NH Div of Child Support, 129 Pleasant Street, #4, Concord, NH 03301-3857 |
| 33243212 | + | Perrys Solid Waste and Disposal, 151 Oakland Dr, Oakland, MD 21550-3233 |
| 33243213 | + | Potomac Edison, 10802 Bower Ave,, Williamsport, MD 21795-3016 |
| 33258644 | + | T-MOBILE USA INC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc@atlasacq.com | Aug 20 2026 19:46:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Attn: Avi Schild, Teaneck, NJ 07666 |
| 33243192 | | Email/Text: bnc@atlasacq.com | Aug 20 2026 19:46:00 | Atlas Acquisitions LLC, 492C CEDAR LANE SUITE 442, Teaneck, NJ 07666 |
| 33282808 | | Email/Text: bnc@atlasacq.com | Aug 20 2026 19:46:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 33243193 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 20 2026 19:47:00 | Bank of Missouri, PO Box 4477, Beaverton, OR 97076-4401 |
| 33243197 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 20 2026 19:46:00 | Comptroller of Maryland, 7 St Paul St, Baltimore, MD 21202 |
| 33243195 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2026 19:51:50 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 33243196 | + | Email/Text: bankruptcy@celticbank.com | Aug 20 2026 19:47:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 33243198 | + | Email/Text: bankruptcy@credencerm.com | Aug 20 2026 19:47:00 | Credence Resource Mgt, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 33243199 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 20 2026 19:46:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 33243200 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 20 2026 19:47:00 | Credit Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 33243201 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2026 19:51:52 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 33313446 | | Email/Text: mtgbk@shellpointmtg.com | Aug 20 2026 19:46:00 | Deutsche Bank National Trust Company c/o, NewRez LLC dba Shellpoint Mortgage Servi, PO |

| | | | | |
|---|---|---|---|---|
| | | | | Box 10826, Greenville, SC 29603-0826 |
| 33243203 | ^ | MEBN | Aug 20 2026 19:42:22 | First Digital, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 33243205 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 20 2026 19:46:00 | Fortiva, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 33243207 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2026 19:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 33243208 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 19:51:52 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 33250934 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 19:52:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 33282398 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 20 2026 19:51:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 33243210 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2026 19:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 33308064 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2026 19:52:01 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 33309043 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 19:52:10 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 33283394 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 20 2026 19:47:00 | Potomac Edison, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 33258937 | | Email/Text: bnc-quantum@quantum3group.com | Aug 20 2026 19:47:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 33243214 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 19:51:53 | RESURGENT/PYOD, PO BOX 19008, Greenville, SC 29602-9008 |
| 33243216 | | Email/Text: bankruptcy.notices@sparrowcard.com | Aug 20 2026 19:46:00 | Sparrow, 9450 SW Gemini Dr. #87446, Beaverton, OR 97008 |
| 33243215 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 20 2026 19:46:00 | Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 33249702 | ^ | MEBN | Aug 20 2026 19:42:10 | Synovus Bank, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 33243217 | ^ | MEBN | Aug 20 2026 19:42:28 | Waypoint, P.O. Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee f |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 3

Entered: August 20th, 2026

Signed: August 20th, 2026

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(at Greenbelt/Baltimore)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **GARY C. YOUNG, JR.,** | : | Case No. **26-1-4572-LSS** |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | : | |

**ORDER CONFIRMING PLAN**

The plan under chapter 13 of the Bankruptcy Code having been transmitted to creditors and it have been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. § 1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code it is hereby:

ORDERED, that the plan of the Debtor filed **MAY 27, 2026** is hereby confirmed; and it is further

ORDERED, that the property of the estate shall not vest in the Debtor(s) until the Debtor(s) is/are granted a discharge or this case is dismissed or otherwise terminated; and it is further

ORDERED, that the Debtor(s) is/are directed to pay to the Trustee on or before the **29TH** day of each month, the sum of **$500.00** monthly for months **1** through **60,** for a total period of **60** months.

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

ORDERED, that the Debtor(s) is/are directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the debtor(s) that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the debtor(s)' income, (b) the identity of any person responsible with the debtor(s) for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which debtor(s) resides.

TRUSTEE RECOMMENDATION
The Chapter 13 Trustee represents that the plan complies with the provisions of 11 U.S.C. § 1325 and recommends confirmation

/s/ Timothy P. Branigan
Timothy P. Branigan
Chapter 13 Trustee

cc: All Creditors
Debtor(s)
Debtor(s)' Counsel
Chapter 13 Trustee

**END OF ORDER**