**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

**In re:**

**GARY CHARLES YOUNG, JR.,** **CHAPTER 13**

**DEBTOR.** **CASE NO. 26-14572**

**NEWREZ LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASS-THROUGH CERTIFICATES,**

**MOVANT,**

**vs.**

**GARY CHARLES YOUNG, JR.**
**and TIMOTHY P. BRANIGAN, TRUSTEE,**

**RESPONDENTS.**

**JOINT MOTION FOR CONTINUANCE OF HEARING SCHEDULED FOR SEPTEMBER 21, 2026**
**FOR A PERIOD OF 60 DAYS**

COMES NOW the parties, by and through their undersigned counsel, Daniel M. Press, Esquire and Daniel J. Pesachowitz, Esquire, respectively, and consent to the continuance of the September 21, 2026, hearing for a period of 60 days as follows:

1. On July 9, 2026, the Debtor filed an Objection to the proof of claim filed by NewRez LLC as servicer for Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates (NewRez")

2. Newrez filed a response on July 30, 2026 .

3. The court schooled a hearing on the matter for September 21, 2026 at 11:00a.m.

4. The parties are exchanging informal discovery that will perhaps resolve the

pending objection to claim.

5. The parties believe that the informal discovery will assist in resolving this matter and are therefore requesting the hearing be continued for 60 days to complete the informal discovery thus avoiding the need for costly litigation.

6. It is in the interest of judicial economy, as well as the best interest of the parties and the estate if the relief prayed for herein were granted.

WHEREFORE, the Debtor/Respondent prays this Honorable Court:

A. Continue the Status Conference, currently set for September 21, 2026, at 11:00 a.m., for a period of 60 days;

B. And for such other and further relief as this Honorable Court may deem just and

Respectfully submitted:

/s/ Daniel J. Pesachowitz

Daniel J. Pesachowitz, Esquire
Samuel I. White, P.C.
6100 Executive Blvd., Suite 400
Rockville, MD 20852
(301) 804-3386
dpesacho@siwpc.com
Counsel for New rez

/s/Daniel M. Press

Daniel M. Press
Law Office of Daniel M. Press
201 Washington St
Cumberland, MD 21502
703-725-7600
Email: dan@danpress.us
Counsel for Debtor

**CERTIFICATE OF SERVICE**

I certify that on September 11, 2026 , the foregoing Motion was served via CM/ECF on Timothy P. Branigan, Trustee, and Daniel M. Press, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Gary Charles Young, Jr., Debtor, P.O. Box 205, Friendsville, MD 21531.

/s/Daniel J. Pesachowitz
____________________
Daniel J. Pesachowitz, Esquire
Samuel I. White, P.C.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

**In re:**

**GARY CHARLES YOUNG, JR.,** **CHAPTER 13**

**DEBTOR.** **CASE NO. 26-14572**

**NEWREZ LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-C, ASSET BACKED PASS-THROUGH CERTIFICATES,**

**MOVANT,**

**vs.**

**GARY CHARLES YOUNG, JR.**
**and TIMOTHY P. BRANIGAN, TRUSTEE,**

**RESPONDENTS.**

**ORDER**

Upon consideration of the Joint Motion to Continue the hearing on the Objection to Claim (Docket #31) currently set for September 21, 2026, at 11:00 a.m. and based upon said Joint Motion and for good cause it is hereby

ORDERED that the Motion is GRANTED and it is further

ORDERED that the hearing currently set for September 21, 2026 at 11:00 a.m. is continued to _____________ 2026.

Copies to:
Counsel for New Rez
Counsel for the Debtor
Timothy P. Branigan, Trustee