Entered: September 16th, 2026

Signed: September 16th, 2026

**SO ORDERED**

The hearing is rescheduled for December 7, 2026 at 10:00 a.m. in Courtroom 3E, USBC, 6500 Cherrywood Lane, Greenbelt, MD 20770.

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

---

In re: Case No.: **26−14572 − LSS** Chapter: **13** Doc No.: **31 and 33**

**Gary Charles Young Jr.**
Debtor

Gary Charles Young Jr.
Movant

vs.

NEWREZ LLC AS SERVICER FOR DEUTSCHE
BANK NATIONAL TRUST COMPANY, AS TRUSTEE
FOR NEW CENTURY HOME EQUITY LOAN TRUST,
SERIES 2005−C, ASSET BACKED PASS−THROUGH CERTIFICATES
Respondent

---

## ORDER CONTINUING HEARING OF OBJECTION TO PROOF OF CLAIM #11

Upon consideration of the motion for continuance filed in the above−captioned matter by Daniel M. Press, Esquire and Daniel J. Pesachowitz, Esquire, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for September 21, 2026, is continued to **the hearing date and time listed above Courtroom 3E of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.**

cc: All Parties
All Counsel

**End of Order**

12x01 (rev. 05/21/2012) − CP