United States Bankruptcy Court
District of Maryland

In re:
Gary Charles Young, Jr.
Debtor

Case No. 26-14572-LSS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 1
Date Rcvd: Sep 16, 2026 Form ID: pdfparty Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Charles Young, Jr., P.O. Box 205, Friendsville, MD 21531-0205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 3

Entered: September 16th, 2026

Signed: September 16th, 2026

**SO ORDERED**

The hearing is rescheduled for December 7, 2026 at 10:00 a.m. in Courtroom 3E, USBC, 6500 Cherrywood Lane, Greenbelt, MD 20770.

UNITED STATES BANKRUPTCY COURT DISTRICT OF MARYLAND

Lori Simpson

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND at Greenbelt

In re: Case No.: **26–14572 – LSS** Chapter: **13** Doc No.: **31 and 33**

**Gary Charles Young Jr.**
Debtor

Gary Charles Young Jr.
Movant

vs.

NEWREZ LLC AS SERVICER FOR DEUTSCHE
BANK NATIONAL TRUST COMPANY, AS TRUSTEE
FOR NEW CENTURY HOME EQUITY LOAN TRUST,
SERIES 2005–C, ASSET BACKED PASS–THROUGH CERTIFICATES
Respondent

## ORDER CONTINUING HEARING OF OBJECTION TO PROOF OF CLAIM #11

Upon consideration of the motion for continuance filed in the above–captioned matter by Daniel M. Press, Esquire and Daniel J. Pesachowitz, Esquire, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for September 21, 2026, is continued to **the hearing date and time listed above Courtroom 3E of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.**

cc: All Parties
All Counsel

**End of Order**

12x01 (rev. 05/21/2012) – CP