United States Bankruptcy Court
District of Maryland

In re:
Gary Charles Young, Jr.
Debtor

Case No. 26-14572-LSS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0416-0 | User: admin | Page 1 of 2
Date Rcvd: Oct 28, 2026 | Form ID: pdfall | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Charles Young, Jr., P.O. Box 205, Friendsville, MD 21531-0205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 33309043 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 20:16:31 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 3

Entered: October 28th, 2026

Signed: October 27th, 2026

**SO ORDERED**

No opposition.

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| Gary Charles Young, Jr. | : | **Case No.** 26-14572 |
| **Debtor.** | : | |
| | : | |

**<u>ORDER SUSTAINING</u>**
**<u>OBJECTION TO PROOF OF CLAIM #9 (PYOD, LLC)</u>**

Upon consideration of the objection of the Debtor to Proof of Claim #9 filed in this case by PYOD, LLC, and any response thereto, and it appearing that the claim is time barred and not owed, it is hereby

ORDERED that proof of claim #9 is DISALLOWED.

Copies to:

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order